IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GZ,

        Plaintiff,

vs.                              Civ. No. 96-1373 MV/WWD

MARY HAGALOFF, et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This matter came before the Court for a Rule 16 scheduling conference on December 15, 1997. After conferring with counsel, it became obvious that it would be premature to enter a complete scheduling order since there are numerous outstanding questions involving a variety of matters which make entry of a broad order at this time impractical.

**WHEREFORE,**

**IT IS ORDERED** that discovery on the question of whether Defendant Willie Hobbs was acting under color of state law shall be permitted at this time.

**IT IS FURTHER ORDERED** that discovery in connection with other aspects of this case shall be deferred until further order of this Court.

**FINALLY, IT IS ORDERED** that Counsel shall attend a second scheduling conference before the undersigned on THURSDAY, MARCH 19, 1998, AT 11:00 A.M.

                                                              UNITED STATES MAGISTRATE JUDGE